# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | BAR NO. 29915 |
| | ) | |
| | ) | Supreme Court No. |
| JAE H. SO, | ) | 201,291-4 |
| | ) | |
| ATTORNEY AT LAW. | ) | ORDER APPROVING |
| | ) | STIPULATION TO DISBARMENT |

This matter came before the Court on the Washington State Bar Association Disciplinary Board's order approving Stipulation to Disbarment pursuant to ELC 9.1(c)(2), entered into by Jae H. So, his counsel, and WSBA Disciplinary Counsel on October 17, 2013. The Court reviewed the order and the stipulation and determined unanimously that the following order should be entered. Now, therefore, it is

ORDERED:

Jae H. So is disbarred from the practice of law. Pursuant to the stipulation, the effective date of disbarment is March 31, 2014. Costs and expenses, pursuant to ELC 13.9, as approved by the disciplinary board, and restitution, pursuant to ELC 13.7, as approved by the disciplinary board, will be paid by Jae H. So.

DATED at Olympia, Washington this 12th day of March, 2014.

For the Court

Madsen, C.J.
_____
CHIEF JUSTICE

Filed
Washington State Supreme Court

MAR 12 2014

Ronald R. Carpenter
Clerk


685/523